THE STATE EX REL. MCCORD, APPELLANT, *v.* INDUSTRIAL
COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. McCord v. Indus.
Comm.* (2000), 89 Ohio St.3d 575.]

(No. 00–674—Submitted July 25, 2000—Decided September 6, 2000.)

*Thompson, Meier & Dersom* and *Thomas D. Thompson,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Sandee E. Blabolil,* Assistant Attorney General, for appellee Industrial Commission of Ohio.

*Eastman & Smith, Ltd., Thomas A. Dixon* and *Margaret A. Mattimoe,* for appellee John Cheeseman Trucking, Inc.

The judgment of the court of appeal is reversed on the authority of *State ex rel. Baker v. Indus. Comm.* (2000), 89 Ohio St.3d 376, 732 N.E.2d 355.

The writ of mandamus compelling the Industrial Commission of Ohio to award appellant temporary total disability compensation benefits is allowed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.